UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-61432-CIV-COHN-SELTZER
04-60182-CR-COHN

OLAN MARSH,

        Movant,

VS.

UNITED STATES OF AMERICA,

        Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Report and Recommendation [DE 8] submitted by United States Magistrate Judge Barry S. Seltzer on June 30, 2016. The Court has reviewed the Report, Mr. Marsh's § 2255 motion [DE 1], his notice of refiling application [DE 9], and his objections to the Report [DE 10], and is otherwise advised in the premises.

The United States Court of Appeals for the Eleventh Circuit has already denied Mr. Marsh's request to file a second or successive § 2255 motion [DE 6]. "Without authorization, the district court lacks jurisdiction to consider a second or subsequent petition." *Farris v. United States*, 333 F. 3d 1211, 1216 (11th Cir. 2003).

Mr. Marsh filed objections to the Report alleging that he filed on June 27, 2016, another application to file a second or successive § 2255 motion which is currently pending before the Eleventh Circuit. Since the only § 2255 motion filed in this Court has not been authorized by the Eleventh Circuit, this Court is without jurisdiction. Therefore, it is

ORDERED AND ADJUDGED that:

1. The Report and Recommendation [DE 8] is **ADOPTED** in its entirety.

2. The Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 [DE 1] is **DISMISSED**.

3. No certificate of appealability shall be issued.

The Clerk is directed to **CLOSE** this case and **DENY** all pending motions as **MOOT**.

DONE AND ORDERED at Fort Lauderdale, Florida, this 27th day of July 2016.

JAMES I. COHN
UNITED STATES DISTRICT JUDGE

cc:  Magistrate Judge Barry S. Seltzer
Julia Vaglienti, AUSA
Bernardo Lopez, AFPD